UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 4:20M6092 |
| | ) | |
| Plaintiff | ) | MAGISTRATE JUDGE |
| | ) | GEORGE J. LIMBERT |
| v. | ) | |
| | ) | |
| | ) | WAIVER OF RIGHTS PURSUANT TO |
| | ) | SPEEDY TRIAL ACT OF 1984 |
| JAYWUAN PEAVY | ) | |
| | ) | |
| Defendant | ) | |

Upon the Waiver executed by the United States of America and Defendant, Jaywuan Peavy (Dkt. No. 13), and pursuant to Title 18 U.S.C. Section 3161(b) and Section 3161(h), the Court finds that the ends of justice are served by granting such Waiver and outweigh the best interest of the public and the Defendant in a speedy trial.

Therefore, the time for the filing of an Indictment or Information is extended to September 4, 2020.

**IT IS SO ORDERED.**

Dated: July 1, 2020

*/s/George J. Limbert*
GEORGE J. LIMBERT
U.S. MAGISTRATE JUDGE