IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 4:20-MJ-6092 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE CARMEN E. |
| | ) | HENDERSON |
| | ) | |
| v. | ) | |
| | ) | |
| JAYWUAN PEAVY, | ) | GOVERNMENT'S MOTION |
| | ) | TO DISMISS COMPLAINT WITHOUT |
| Defendant. | ) | PREJUDICE |

Now comes the United States of America, through its counsel, Justin E. Herdman, United States Attorney, and Peter E. Daly, Assistant United States Attorney, and respectfully moves this Court for an order to dismiss this matter without prejudice. A copy of the Order of Dismissal is attached hereto.

    Respectfully submitted,

    JUSTIN E. HERDMAN
    United States Attorney

By:   /s/ Peter E. Daly
    Peter E. Daly (OH: 0084745)
    Assistant United States Attorney
    Federal Building
    2 South Main Street, Room 208
    Akron, OH 44308
    (330) 761-0529
    (330) 375-5492 (facsimile)
    Peter.Daly@usdoj.gov